IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.                                NO. 05-20261-MaA

JACQUELINE DRAINE,

    Defendant.

---

ORDER FOR MENTAL EVALUATION OF DEFENDANT
AND ORDER EXCLUDING TIME

---

    Before the court is the November 15, 2005, motion of counsel for defendant requesting a mental evaluation of Jacqueline Draine, pursuant to 18 U.S.C. § 4241. For good cause shown, the motion is GRANTED. The defendant Jacqueline Draine is ordered to undergo a complete mental evaluation at a suitable federal facility to determine whether she is mentally competent to stand trial.

    Trial of this matter is continued to February 6, 2006, at 9:30 a.m., with a report date on January 27, 2006, at 2:00 p.m. The continuance is necessary to allow the defendant to be examined as to her mental competency and to allow both parties additional time to prepare.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-21-05



The period through February 17, 2006, is excluded under 18 U.S.C. § 3161(h)(1)(A) to allow time for defendant to undergo a mental evaluation.

A new motions deadline will be set at the report date on January 27, 2006.

It is so ORDERED this 17th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20261 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT