IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 05-20261-MaA

JACQUELINE DRAINE,

    Defendant.

---

ORDER GRANTING MOTION TO EXTEND EVALUATION DEADLINE

---

On November 18, 2005, the court entered an order for mental health evaluation of the defendant. Defendant was transported to the Federal Detention Center at Miami, Florida. The clinical staff has requested additional time to complete the examination of the defendant. For good cause shown, the request is granted and the Federal Detention Center at Miami, Florida, shall have until January 5, 2006, to complete the mental health evaluation of the defendant.

It is so ORDERED this 19th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20261 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT